**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 101 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1333 EDA |
| | : | 2016 entered on February 16, 2021, |
| STEPHEN E. LAW, | : | **affirming** the Order of the |
| | : | Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. MC-51-CR- |
| | : | 0005716-2011 entered on April 6, |
| | | 2016 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2021, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Johnson*, 247 A.3d 981(Pa. 2021).